\*\*Original filed 5/1/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD, a.k.a. Morris Day, ) ) ) Plaintiff, ) ) vs. ) ) DR. WINN, et al., ) ) Defendants. ) | No. C 06-4442 JF (PR) ORDER OF DISMISSAL |

Plaintiff, a state prisoner and frequent litigant in this Court, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against several psychologists and psychiatrists concerning his mental competency trial in Monterey Superior Court. Plaintiff seeks to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On October 24, 2006, the Court issued an Order to Show Cause to Plaintiff as to why the instant complaint should not be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). See Andrews v. King, 398 F.3d 1113, 1121 (9th Cir. 2005).

On November 28, 2006, Plaintiff filed a response to the Court's order. In his response, Plaintiff does not address his prior dismissed actions, or dispute that these prior cases, as set forth below, qualify as strikes under 28 U.S.C. 1915(g). Plaintiff alleges that

1  "my life has to be in danger, placed in isolation and confinement . . . racial discrimination
2  based race."  See Pl.'s Response at 1.

3        The plain language of the imminent danger clause in § 1915(g) indicates that
4  imminent danger is to be assessed at the time of filing, not at the time of the alleged
5  constitutional violations.  See Abdul-Akbar v. McKelvie, 239 F.3d 307, 312 (3d Cir.
6  2001) (en banc) (plaintiff's allegations of past acts of physical harassment were not
7  sufficiently specific or related to support an inference of imminent danger); Medberry v.
8  Butler, 185 F.3d 1189, 1192-93 (11th Cir. 1999) (finding no imminent danger where
9  plaintiff had been placed in administrative segregation following physical assaults by
10  fellow inmates and before he filed his complaint); Banos v. O'Guin, 144 F.3d 883, 885
11  (5th Cir. 1998) (§ 1915(g) applies on appeal at time request to proceed in forma pauperis
12  is filed).  Here, Plaintiff's allegations do not satisfy the "imminent danger" exception to
13  1915(g).  Plaintiff fails to explain the imminency or severity of any injuries or any
14  potential danger he faces in isolated confinement.  He does not address the applicability
15  of section 1915(g), and he has not otherwise paid the filing fee for this civil rights action.

16        The Prison Litigation Reform Act of 1995 ("PLRA"), which was enacted on April
17  26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment
18  under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while
19  incarcerated or detained in any facility, brought an action or appeal in a court of the
20  United States that was dismissed on the grounds that it is frivolous, malicious, or fails to
21  state a claim upon which relief may be granted, unless the prisoner is under imminent
22  danger of serious physical injury."  28 U.S.C. § 1915(g).

23        A review of the dismissal orders in Plaintiff's prior prisoner actions in this Court
24  reveal that he has had at least three such cases dismissed on the grounds that they were
25  frivolous, malicious, or failed to state a claim upon which relief may be granted.  See Day
26  v. Feinstein, C 96-1796-FMS (dismissed as frivolous); Alford v. Johnson, C 05-1352 JF
27  (PR) (dismissed for failure to state a claim); Alford v. Sony Electronic Inc., C 05-1581 JF
28  (PR) (dismissed for failure to state a claim).  In light of these dismissals, and because

Order of Dismissal
P:pro-se\sj.jf\cr.06\Alford442dis       2

1  Plaintiff is not under imminent danger of serious physical injury, the instant civil rights
2  action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).  Plaintiff may
3  file his claims in a paid complaint in a new civil rights action.  The Clerk shall terminate
4  any pending motions and close the file.  No filing fee is due.
5       IT IS SO ORDERED.
6  DATED:   4/30/07

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:pro-se\sj.jf\cr.06\Alford442dis            3

1   A copy of this ruling was mailed to the following:

2

3   Rickey Louis Alford
    J-39242
    CSP - Salinas Valley IV
4   P.O. Box 1060
    Soledad, CA  93960-1060

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:pro-se\sj.jf\cr.06\Alford442dis            4